IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj- 743 |
| | ) | |
| SADMAN RAHMN, | ) | Court Date: January 5th, 2026 |
| | ) | |
| Defendant. | ) | |

**CRIMINAL INFORMATION**

Count I (Class A Misdemeanor – E2289940)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 2nd, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SADMAN RAHMN, did unlawfully drive and operate a motor vehicle while under the combined influence of alcohol and any drug or drugs to a degree which impairs his ability to drive or operate any motor vehicle safely.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(iv).)

Count II (Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 2nd, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SADMAN RAHMN, did unlawfully drive and operate a motor vehicle on a highway at a speed or in a manner so as to endanger life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-852.)

Count III (Petty Offense – E2289942)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 2nd, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SADMAN RAHMN, did operate a motor vehicle and did, after being advised of the consequences of a refusal, unreasonably refuse to consent to a chemical test of his breath to prove the alcohol content in his blood after an arrest for driving under the influence.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 18.2-268.3.)

Count IV (Petty Offense – E2289941)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 2nd, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SADMAN RAHMN, did unlawfully consume an alcoholic beverage while driving a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-323.1.)

Count V (Petty Offense – E2289943)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 2nd, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SADMAN RAHMN, did operate a motor vehicle on the highways in the Commonwealth and did fail to have in his possession a driver's license, learner's permit, or temporary driver's permit.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-104.)

Respectfully submitted,

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on December 29, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov